UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                           Case No. 3:05-CR-21-2
                                               District Judge Thomas M. Rose

RONALD T. PALTE,

Defendant.

---

### ORDER VACATING PREVIOUS ORDER FOR MENTAL HEALTH EVALUATION

---

It is the **ORDER** of the Court that the Order referring the Defendant for a mental health evaluation (doc. 66) filed on December 19, 2011, be **VACATED**, and the Defendant remain in the custody of the United States Marshal Service for the Southern District of Ohio. Defendant's final disposition as to his revocation of supervised release has been set for **Friday, January 6, 2012 at 10:30 a.m.**

**DONE** and **ORDERED** in Dayton, Ohio, this 3rd day of January, 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT