# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

   Plaintiff,

-vs-

            Case No. 3:05-CR-21-2
            District Judge Thomas M. Rose

RONALD PALTE,

   Defendant.

---

## JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

  Pursuant to the record set forth in open Court on January 6, 2012, the Defendant appeared with Counsel for final revocation hearing, after having previously appeared before the Court, and entered admissions to the alleged violations. The Court having previously found the Defendant had violated the conditions of his supervision, proceeded with sentencing. The Court ORDERED that:

  The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one (1) day. The sentence is not to be followed by any period of supervised release.

  The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated, and that the Defendant be incarcerated at a facility as close to his home in the Ashland, Kentucky, area as possible consistent with his security status.

  The Defendant was explained his right of appeal and indicated an understanding of same.

  The Defendant is remanded to the custody of the U.S. Marshal.

  IT IS SO ORDERED.

Date: 1-6-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT